IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN CELENTO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-478 |
| | ) | |
| v. | ) | Chief Judge Ambrose |
| | ) | Magistrate Judge Caiazza |
| MON RIVER TOWING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On April 12, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On August 25, 2006, the magistrate judge issued a Report (Doc. 22) recommending that the Defendant's Motion for Summary Judgment (Doc. 14) be denied. Service of the Report and Recommendation was made on the parties, and the Defendant filed objections on September 11, 2006. See Doc. 24.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following Order is entered:

AND NOW, on this ___25th___ day of ___Sept___, 2006, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (**Doc. 14**) is **DENIED**.

The Report and Recommendation dated August 25, 2006 is adopted as the opinion of the District Court.

                                    _____
                                    Donetta W. Ambrose
                                    Chief United States District Judge

cc:

Jonathan M. Kamin, Esq.
William R. Ellis, Esq.